PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

**FILED**
OCT - 1 2018
Clerk, U.S. District Court
Texas Eastern

Bobby Culpepper #138251
Plaintiff's Name and ID Number

Smith County Jail
Place of Confinement

CASE NO. 6:18CV516 RWS-JDL
(Clerk will assign the number)

v.

D.A. Matt Bingham    100 N. Broadway
Defendant's Name and Address    Tyler, TX 75702

Asst. D.A. Richard Vance    100 N. Broadway
Defendant's Name and Address    Tyler, TX 75702

Atty. Kurt Noel    227 N. College
Defendant's Name and Address    Tyler, TX 75702
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
            Plaintiff(s)_____
            Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned:_____
        6. Disposition: (Was the case dismissed, appealed, still pending?)_____
        7. Approximate date of disposition:_____

II.  PLACE OF PRESENT CONFINEMENT: Smith County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Bobby Culpepper #158251
206 E. Elm
Tyler, TX. 75702

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Smith County D.A. Matt Bingham   100 W. Broadway Rm. 204
Tyler, TX. 75702

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He violated my Constitutional Rights. V, VIII, IX, X, and XIV

Defendant #2: Smith County Asst. D.A. Richard Vance   100 N. Broadway Rm 204
Tyler, TX. 75702

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He also violated my Constitutional Rights, V, VII, IX, X, and XIV

Defendant #3: Attorney Kurt Noel   227 N. College
Tyler, TX 75702

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Mr. Noel knew the D.A.'s office violated my Constitutional rights and allowed it to happen.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

All 3 Defendants violated my I, VII, IX, X, and XIV Constitutional Amendment Rights. My BWI Case # 007-0892-18 was dismissed on July 10, 2018. on I was free for 30 days. They reindicted me on the same charge of BWI case # 007-0892-18 on August 10, 2018 I was rearrested and booked into Smith County Jail. That twice Subject to life, and liberty. Excessive bond of a $100,000

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

My Criminal case dismissed on account they violated my Constitutional Rights as a United States Citizen. 007-0892-18 case # With Nominal damages of $5.00 each

VII.  GENERAL BACKGROUND INFORMATION:

  A.  State, in complete form, all names you have ever used or been known by including any and all aliases.
      Ø

  B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
      Ø

VIII.  SANCTIONS:

  A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓NO

  B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

     1. Court that imposed sanctions (if federal, give the district and division): Ø
     2. Case number: Ø
     3. Approximate date sanctions were imposed: Ø
     4. Have the sanctions been lifted or otherwise satisfied?   ___YES  ✓NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  √ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): ∅
   2. Case number: ∅
   3. Approximate date warning was issued: ∅

Executed on: 9-26-18
             DATE

_Bobby R. Culpepper_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __26th__ day of __SEPT__, 20 __18__.
              (Day)              (month)        (year)

_Bobby R. Culpepper_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

United States District Court

Bobby Culpepper
Mr Culpepper
   Plaintiff

v

D.A. Matt Bingham
Asst. D.A. Richard Vance
Atty. Kurt Noel

Defendant(s)

I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of State law, of rights secured by Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Claims ~~for~~ injuctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of Texas is an appropiate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

## II. Plaintiff

3. Plaintiff, Bobby Ray Culpepper, is and was at all times mentioned herein a prisoner <u>not convicted</u> in Smith County and not being held in the Department of Corrections / TDCJ.

4. Defendant, Matt Bingham is the District Attorney of Smith County, Texas. He is legally responsible for the overall operation of the District Attorney's office and each institution under its jurisdiction, including Smith County Jail, Where Plaintiff is confined.

5. Defendant, Richard Vance is the Assistant District Attorney of Smith County, Texas. He is legally responsible for the operation of Smith County District Attorneys office in the absence of District Attorney Matt Bingham.

6. Defendant, Kurt Noel is an Attorney for Tyler, Texas Smith County who at all times mentioned in this complaint, was an Attorney to ~~Defendant~~ Plaintiff.

7. Each defendant is sued individually and in ~~its~~ his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## III Facts

8. My Case #007-0892-18 BWI was dismissed on July 10, 2018 one year and 7days after committed, accused, ~~actution~~ accusations. I was set free from Smith County ~~a~~ Jail on July, 10, 2018 after case #007-0892-18 was dismissed. I was rearrested and indicted on same case, same offense on August, 10, 2018 and booked in Smith County Jail. My ~~V.~~ Constitutional Amendment right infringed. U.S.C Amendment V. Says: No person shall be held to answer for capital, or otherwise infamous crime, nor shall any person be subject for the same offense to be twice put in Jeopardy of life, or liberty. without due process of law. D.A. Matt Bingham, Asst. D.A Richard Vance, and Attorney Kurt Noel ~~where~~ were there.

Also My VIII, IX, X, and XIV U.S.C. Amendment rights were infringed.

Amendment VIII. Says: Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted. In the presents of D.A. Matt Bingham. Asst. D.A. Richard Vance and Defendants Attorney Kurt Noel.

Amendment ~~#~~ IX. Say: The enumeration ~~of~~ in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. In the presents of: D.A. Matt Bingham, Asst. D.A. Richard Vance and Attorney Kurt Noel

Amendment X. Says:- The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

Amendment XIV Says: Section 1. All persons or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

9. "Upon information and belief." This information is true and correct and written out of book prescribed, The 2018 Texas Penal Code, 2018 Texas Code of Criminal Procedure, and Handbook of the United States Bill of Rights and The United States Constitutional Amendments.

10. No documents, just books sent from Barnes and Noble as I'm a Detainee at Smith County Jail.

### IX. Exhaustion of Legal Reme

11. Bobby Culpepper used the State Bar of Texas to complain and file grievances to Chief Disiplinary Counsels office in Austin, TX. to try and solve the problem. On           plaintiff Bobby Culpepper presented the facts relating to this complaint. On plaintiff saying that the grievance had been investigated. Plaintiff Bobby Culpepper is a <u>non convicted detainee.</u>

## IV. Legal Claims

12. Plaintiffs reallege and incorporate by reference Paragraphs 1-16

13. 1. Defendants D.A. Matt Bingham, Asst. DA Richard Vance, Atty Kurt Noel abuse of Power; jeopardized plaintiff's rights of life and liberty for trying to make plaintiff be prosecuted or subjected twice for the same offense under the Fifth Amendment of the United States Constitution.

2. Defendants, D.A. Matt Bingham, Asst. D.A. Richard Vance, Atty. Kurt Noel violated Plaintiff's Sixth Amendment Right - the accused shall have right to speedy Trial, public trial, by an impartial Jury of the State and District wherein the crime shall have been committed, the right to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

3. Defendants, D.A. Matt Bingham, Asst. D.A. Richard Vance, Atty. Kurt Noel violated Plaintiffs Eighth Amendant Right of the United States Constitution because of Excessive bail, not be required, nor cruel and unusual punishments inflicted.

4. Defendants D.A. Matt Bingham, Asst. D.A. Richard Vance, Atty Kurt Noel violated Plaintiff's Ninth Amendment Right of the United States Constitution The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.


5. Defendants - D.A. Matt Bingham, Asst. D.A. Richard Vance, Atty. Kurt Noel and violated Plaintiff's Tenth Amendment Right of the United States Constitution for abuse of Power. Amendment X The Powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people

6. Defendants D.A. Matt Bingham, Asst. D.A. Richard Vance, Atty. Kurt Noel violated Plaintiff's Fourteenth Amendment Right of the United States Constitution because of due process. XIV Amendment Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law.

14. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described here in. Plaintiff's has been and will continue to be incarserated by the conduct of the defendants unless this court grants declaratory and injunctive relief which plaintiff seeks.

## V.I Prayer For Relief

Wherefore, plaintiff respectfully prays that this court enter Judgement granting plaintiff:

15. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

16. A preliminary and permanent injunction ordering defendants D.A Matt Bingham, Asst. D.A. Richard Vance, Attx. Kurt Noel to Dismiss my case # 007-0892-18 with prejudice and not violate or infringe my Constitutional Rights as United States Citizen. again.

17. Compensatory damages in the amount of $5.00 against each defendant, jointly and severally.

18. Punitive damages in the amount of $5.00 against each defendant.

19. A jury trial on all issues triable by jury

20. Plaintiff's cost in the suit

21 Any additional relief this court deems just, proper, and equitable.

Dated Bobby Culpepper #138251    206 E.Elm
Respectfully submitted    Tyler, TX. 75702

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Tyler, Texas on 9-26-18
Bobby Culpepper
Bobby Culpepper

page 7 of 7